**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 30, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————————

No. 03-30253
Summary Calendar

———————————————————

CARINE LILIANE UMUZAYIRE,

Plaintiff-Appellant,

versus

HIPOLITO ACOSTA, Interim District Director,
Bureau of Citizenship and Immigration Services,
Houston, Texas,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
(02-CV-1338-R)
--------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Carine Liliane Umuzayire appeals from the district court's dismissal of her declaratory-judgment action for lack of subject-matter jurisdiction. Umuzayire argues that the district court had jurisdiction to review her asylum application.

Because Umuzayire is required to exhaust her administrative remedies by renewing her request for asylum in the context of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

removal proceedings, the district court did not have jurisdiction over the present case.  See Kashani v. Nelson, 793 F.2d 818, 826-27 (7th Cir. 1986).  As the district court lacked jurisdiction, we too lack jurisdiction and therefore must dismiss Umuzayire's appeal.

AFFIRMED DISMISSED.